# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1214
_____

United States of America

*Plaintiff - Appellee*

v.

Eldon Philip Anderson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: June 3, 2016
Filed: June 8, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eldon Anderson appeals the district court's[1] order modifying his supervised release conditions to add a special condition that he reside for a period of up to 120

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

days in a residential reentry center, as approved by his probation officer. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in adding the condition, <u>see</u> 18 U.S.C. § 3583(e)(2); and additionally, we decline to consider Anderson's attempt, in his pro se submissions before us, to collaterally attack his underlying conviction, <u>see</u> <u>United States v. Miller</u>, 557 F.3d 910, 913 (8th Cir. 2009). Accordingly, we grant counsel leave to withdraw, and we affirm. <u>See</u> 8th Cir. R. 47B.

_____